**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

THELMA WILLIAMS, JR.                                                                                     PLAINTIFF
ADC #93197

V.                                            NO: 2:08CV00182 BSM/HDY

DOUGLAS LOCKHART *et al.*                                                                         DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's claims against Defendant Sgt. Williams are DISMISSED WITHOUT PREJUDICE, and Sgt. Williams's name is removed as a party Defendant.

DATED this 20th day of January, 2009.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE