**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**THELMA WILLIAMS, JR.**                                                          **PLAINTIFF**

**V.**                                  **NO: 2:08CV00182 BSM**

**DOUGLAS LOCKHART** *et al.*                                            **DEFENDANTS**

**ORDER**

The court has reviewed the proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the court concludes that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion for summary judgment (Doc. No. 61) is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. The court CERTIFIES that an *in forma pauperis* appeal from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of October, 2009.

                                                                        /s/ Brian S. Miller
                                                                        UNITED STATES DISTRICT JUDGE