**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**THELMA WILLIAMS, JR.**
                              **PLAINTIFF**

**V.**              **NO: 2:08CV00182 BSM**

**DOUGLAS LOCKHART** *et al.*                 **DEFENDANTS**

**JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of October, 2009.

                                                            */s/ Brian S. Miller*
                                                      UNITED STATES DISTRICT JUDGE